## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **Case No. 3:17cr131** |
| **DANIEL ARIAS-GRANADOS,** | : | **JUDGE WALTER H. RICE** |
| **Defendant.** | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | **9/1/2017** |
| Jury Trial Date | **10/30/2017** |
| Final Pretrial Conference (by telephone) | **Monday, 10/23/2017 at 5:00 pm** |
| Motion Filing Deadline | |
| Oral and Evidentiary Motions | **9/25/2017** |
| Other Motions | **10/10/2017** |
| Discovery Cut-off | **10/16/2017** |
| Speedy Trial Deadline | **11/2/2017** |
| Discovery out – Plaintiff to Defendant | **by close of business – Tues., 9/5/2017** |

September 5, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE